IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| STANLEY W. LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. 6:05-CV-070-C |
| Defendant. | ) ECF |

### ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed February 6, 2007 (Doc. 29). Neither party has filed objections within the period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Judgment in accordance with the terms of this order shall be entered forthwith.

Dated March 19, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue has been appointed as the new Commissioner of Social Security, effective February 12, 2007, and is therefore substituted as Defendant in this matter for Jo Anne B. Barnhart, per FED. R. CIV. P. 25(d)(1).